UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | CHAPTER 7 CASE |
| Jessica A Kaiser | CASE NO. 09-47479 |
| Debtor(s). | ORDER |

The above entitled matter came before the court on the motion of U.S. Bank, N.A., its successors and/or assigns (hereinafter "Movant"), seeking relief from the stay of actions imposed by 11 U.S.C. § 362. Based upon all of the files and records,

IT IS HEREBY ORDERED:

1. That Movant, its assignees and/or successors in interest, is granted relief from the stay of actions imposed by 11 U.S.C. § 362 with regard to that certain mortgage deed dated May 12, 2008, executed by Jessica A. Kaiser and Gerald J. Kaiser Jr., Husband and Wife, recorded on covering real estate located in Sherburne County, Minnesota, legally described as follows, to wit:

Lot Nineteen (19), Block Six (6), Deerfield Third Addition, Sherburne County, Minnesota.
And commonly known as 19227 Yale Street NW, Elk River Minnesota

and may pursue its remedies under state law in connection with the subject note and mortgage deed.

2. That notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this Order is effective immediately.

Dated: February 4, 2010

/e/ Nancy C. Dreher
ChiefJudge of Bankruptcy Court

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/04/2010*
Lori Vosejpka, Clerk, by KK